# IN THE SUPREME COURT OF THE STATE OF NEVADA

CALVIN MALIK MOORE,
                        Appellant,
            vs.
THE STATE OF NEVADA,
                        Respondent.

No. 75188

FILED

MAR 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 31, 2017. Appellant did not file the notice of appeal, however, until February 15, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
            Pickering

_____, J.
            Gibbons

_____, J.
            Hardesty

cc:  Hon. Carolyn Ellsworth, District Judge
     Calvin Malik Moore
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A